UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. CROSSLEY,<br><br>   Plaintiff,<br><br> vs.<br><br>TULARE COUNTY SHERIFF, et al.,<br><br>   Defendants. | **1:21-cv-01758-GSA (PC)**<br><br>**ORDER DENYING MOTION FOR INITIATION OF SERVICE**<br>**(ECF No. 7.)** |

**I. BACKGROUND**

Robert L. Crossley ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 13, 2021. (ECF No. 1.)

On January 10, 2022, Plaintiff filed a request motion for the court to initiate service of process upon the defendants. (ECF No. 7.)

**II. SCREENING AND SERVICE OF PROCESS**

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that

1

seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, initiate service of process only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.

It is not yet time for service in this action. Therefore, Plaintiff's request for service of process is premature and shall be denied as such.

### III. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's motion for initiation of service of process, filed on January 10, 2022, is DENIED as premature.

IT IS SO ORDERED.

Dated:   **June 11, 2022**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE