**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LAMOUNT CROSSLEY, | Case No. 1:21-cv-01758 KES GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE ACTION PROCEED ON THE COGNIZABLE CLAIMS |
| v. | |
| TULARE COUNTY SHERIFF, *et al.*, | |
| Defendants. | Doc. 17 |

Robert Lamount Crossley asserts that he suffered violations of his civil rights while housed as a pretrial detainee at Tulare County Jail. *See generally* Doc. 14. He seeks to hold the defendants liable for excessive force and failure to protect under the Fifth, Eighth, and Fourteenth Amendments. *Id.* at 3-4. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found that Crossley stated a cognizable claim for excessive force and failure to protect in violation of the Fourteenth Amendment against defendants Calderon, Scotty, and Osuna. Doc. 17 at 4-9. The magistrate judge found the Fifth and Eighth Amendment were inapplicable. *Id.* at 8-9, n.1. Additionally, the magistrate judge found that Crossley did not state a claim against Tulare County Sheriff Boudreaux. *Id.* at 9-11. The magistrate judge recommended the matter proceed only on the cognizable claim against defendants Calderon, Scotty, and Osuna. *Id.* at 11.

On September 25, 2025, the court served the findings and recommendations on Crossley and informed him that any objections were due within 14 days.  Doc. 17 at 11.  The findings and recommendations advised Crossley that the "failure to file objections within the specified time may result in waiver of certain rights on appeal."  *Id*. at 12 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  On December 22, 2025, Crossley filed a belated response, indicating he agreed to dismiss his claim against defendant Boudreaux and proceed only on the cognizable claim.  Doc. 18.

In accordance with 28 U.S.C. § 636(b)(1), this court reviewed this case de novo.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1. The findings and recommendations issued September 25, 2025 (Doc. 17) are **ADOPTED** in full.

2. This action **SHALL** proceed only on Plaintiff's first claim for excessive force and failure to protect under the Fourteenth Amendment against defendants Scotty, Osuna, and Calderon.

3. Plaintiff's claims for violations of the Fifth and Eighth Amendments are **DISMISSED**.

4. Plaintiff's second claim against defendant Boudreaux is **DISMISSED** and he shall be terminated as a defendant.

5. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    March 8, 2026

_____
UNITED STATES DISTRICT JUDGE

2