UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMOUNT CROSSLEY, | Case No.  1:21-cv-01758-KES-FJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE (ECF No. 19) |
| v. | |
| TULARE COUNTY SHERIFF, *et al.*, | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS (ECF Nos. 14, 20) |
| Defendants. | |
| | THIRTY (30) DAY DEADLINE |

Plaintiff Robert Lamount Crossley ("Plaintiff") is a former pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 25, 2025, the then-assigned magistrate judge screened the second amended complaint and issued findings and recommendations to dismiss certain claims and defendants and that the action proceed on cognizable claims.  (ECF No. 17.)  On December 22, 2025, Plaintiff filed a response indicating he agreed to proceed only on the cognizable claim.  (ECF No. 18.)  On January 11, 2026, while the findings and recommendations remained pending before the assigned district judge, Plaintiff filed a motion for service of process on all Defendants.  (ECF No. 19.)

///

1

With the district judge's adoption of the September 25, 2025, findings and recommendations in full, this action now proceeds on Plaintiff's second amended complaint against Defendants Scotty, Osuna, and Calderon for excessive force and failure to protect in violation of the Fourteenth Amendment.  (ECF No. 20.)

Accordingly, the Court HEREBY ORDERS that:

1.  Plaintiff's motion for service, (ECF No. 19), is GRANTED;

2.  Service shall be initiated on the following defendant(s):

    a.  Scotty, Deputy Sergeant; Tulare County Jail, 36712 Road 112, Visalia, California 93291

    b.  Calderon or Caldron, Deputy; Tulare County Jail, 36712 Road 112, Visalia, California 93291

    c.  Osuna, Deputy; Tulare County Jail, 36712 Road 112, Visalia, California 93291

3.  The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the second amended complaint filed on September 15, 2025, (ECF No. 14);

4.  Within thirty (30) days from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents, and submit the completed Notice to the Court with the following documents:

    a.  One (1) completed summons for each defendant listed above;

    b.  One (1) completed USM-285 form for each defendant listed above; and

    c.  Four (4) copies of the endorsed second amended complaint filed on September 25, 2025.

5.  Plaintiff need not attempt service on the defendant(s) and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant(s) under Federal Rules of Civil Procedure 4 without payment of costs; and

///

///

2

6. <u>The failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:    **April 9, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

3